# Court of Appeals
# of the State of Georgia

ATLANTA, April 16, 2019

*The Court of Appeals hereby passes the following order:*

**A19I0210.  GORDON CLYATT et al. v. PAM MASON et al.**

Applicants Gordan Clyatt, individually and d/b/a Deep South Coins, and Deep South Coins and Jewelry, Inc. have filed a motion to withdraw this application for interlocutory review. Upon consideration of said motion, it is hereby GRANTED, and the application is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* *04/16/2019*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_Stephen E. Castlen_ *, Clerk.*